■ SAM PILATO AND SON, INC., et al., Plaintiffs, v LEO D. STAROWITZ, SR., et al., Defendants. E. ROBERT FUSSELL, Appellant; MARCIA PILATO, Respondent. [823 NYS2d 726]—Appeal from an order of the Supreme Court, Genesee County (Eric R. Adams, A.J.), entered August 29, 2005. The order, insofar as appealed from, limited the amount of petitioner's attorney's lien.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in amended decision at Supreme Court. Present—Gorski, J.P., Smith, Centra and Green, JJ.